# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4452

_____

Gregory M. Crow; Brenda Crow;        \*
                                        \*

        Appellants,          \*

                                         \*   Appeal from the United States

        v.                     \*   District Court for the

                                         \*   District of Minnesota.

Wal-Mart Stores, Inc.,         \*

                                         \*     [UNPUBLISHED]

        Appellee.             \*

_____

Submitted: January 26, 2007
Filed: January 29, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Gregory and Brenda Crow appeal the district court's[1] adverse grant of summary judgment in their diversity action against Wal-Mart Stores, Inc. (Wal-Mart). The Crows sued Wal-Mart following an accident in which Gregory Crow drove a truck into a "Pedestrian Crossing" sign in the Wal-Mart parking lot. The Crows alleged the accident was the result of negligence and carelessness on the part of Wal-Mart.

---

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

Upon our de novo review of the record, <u>Engleson v. Little Falls Area Chamber of Commerce</u>, 362 F.3d 525, 528 (8th Cir. 2004), we find summary judgment was proper for the reasons explained by the district court.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____